NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD G. DELOACH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7147

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2532, Judge Frank Q. Nebeker.

-----------------------------------------------------

---

**WILLIAM H. GREENE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7166

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3013, Judge Mary J. Schoelen.

## ON MOTION

## ORDER

The appellants move without opposition to consolidate these appeals for purposes of oral argument and move for extensions of time, until October 17, 2011, to file their principal briefs in both cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The cases will be treated as companion cases and will be argued consecutively before the same merits panel.

For The Court

__AUG 2 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Igor V. Timofeyev, Esq.
     Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK